May 4, 1971.

M. P. No. 1080. ROBERT J. WELCH *v.* FRANCIS A. HOWARD, *Warden.* Petition for Habeas Corpus remitted to Superior Court with direction to conduct an evidentiary hearing and decide the issue of alleged ineffective representation afforded petitioner by trial counsel in District Court, and upon termination of the evidentiary hearing petition and papers to be returned to Supreme Court. *Robert J. Welch,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General; for respondent.

May 12, 1971.

APPEAL No. 982. THOMAS J. DOYLE *v.* ELEANOR P. DOYLE. Cause came on to be heard on a Show Cause Order issued April 6, 1971, and no cause having been shown by appellant for failure to comply with Rule 16, appeal is dismissed for lack of prosecution. *Harold S. Moskol,* for appellant. *Raoul Archambault, Jr.,* for appellee.

APPEAL No. 1123. NORTON SALK, *A. I. A. v.* RAY REEDY. Cause came on to be heard on a Show Cause Order issued April 6, 1971, and no cause having been shown by appellant for failure to comply with Rule 16, appeal is dismissed for lack of prosecution. *Raul L. Lovett,* for appellant. *James M. Jerue,* for appellee.

May 13, 1971.

M. P. No. 1300. LAWRENCE LEMA, *p.p.a. et al. v.* ANTHONY TRAVISONO *et al.* Petition for writ of habeas corpus is denied. *Barry A. Fisher, Peter W. Thoms,* Rhode Island Legal Services, Inc., for petitioners. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondents.

M. P. No. 1311. GERALD M. TILLINGHAST *v.* FRANCIS HOWARD, *Warden.* Petition for writ of habeas corpus granted. Parties directed to discuss in their briefs and oral arguments, in